

COM.

v.

RETZLER, W.

408 EDA 2017

Superior Court of Pennsylvania.

09/15/2017

CP–09–SA–0000381–2016 (Bucks)

Appeal Dismissed

COM.

v.

RETZLER, W.

805 EDA 2017

Superior Court of Pennsylvania.

09/15/2017

CP–09–SA–0000381–2016 (Bucks)

Appeal Dismissed

COM.

v.

BARTUCCI, G.

1686 MDA 2015

Superior Court of Pennsylvania.

09/15/2017

CP–36–CR–0001286–2014 (Lancaster)

Affirmed

COM.

v.

WOLFE, J.

1236 MDA 2016

Superior Court of Pennsylvania.

09/15/2017

CP–67–CR–0001009–2015

(York)

Affirmed

IN RE: HOWARD, M.,

Appeal of: Gray, S.

1428 MDA 2016

Superior Court of Pennsylvania.

09/15/2017

83489

(Berks)

Affirmed

